# EXHIBIT N

| Case Name | Case Number | Venue |
|---|---|---|
| Tyler Jordan et al., v. Arizona Tile LLC, et al. | 2024CV31180 | Denver County District Court |
| Victor Gonzalez, et al. v. ADB Global Trade LLC, et al. | 21STCV06984 | Los Angeles Superior Court |
| Gustavo Reyes-Gonzalez v. Aaroha Radiant Marble & Granite Slabs, et al. | 22STCV31907 | Los Angeles Superior Court |
| Juan Rodrigo Gonzalez-Morin v. Architectural Surfaces, Inc., et al. | 22STCV37000 | Los Angeles Superior Court |
| Leobardo Segura-Meza, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 22STCV38729 | Los Angeles Superior Court |
| Rodolfo Garcia-Rosas, et al. v. Architectural Surfaces, Inc., et al. | 22STCV39957 | Los Angeles Superior Court |
| Demetrio Luna-Reyes, et al. v. Architectural Surfaces, Inc., et al. | 23STCV00238 | Los Angeles Superior Court |
| J. Guadalupe Reyes-Cuevas, et al. v. Alpha Tile & Stone, Inc., et al. | 23STCV00260 | Los Angeles Superior Court |
| Fernando Bustos-Mondragon, et al. v. Antolini Luigi & C. S.P.A., et al. | 23STCV01424 | Los Angeles Superior Court |
| Adan Gomez-Rivera v. ADB Global Trade LLC, et al. | 23STCV01612 | Los Angeles Superior Court |
| Angel Gallegos-Botello, et al. v. Architectural Surfaces, Inc., et al. | 23STCV06368 | Los Angeles Superior Court |
| William Moz-Murcia v. Architectural Surfaces, Inc., et al. | 23STCV06384 | Los Angeles Superior Court |
| Oscar Alvarado Ortiz v. Architectural Surfaces, Inc., et al. | 23STCV06568 | Los Angeles Superior Court |
| Jose Guadalupe Soto-Rodriguez, et al. v. AKG Trading (USA), Inc., et al. | 23STCV08440 | Los Angeles Superior Court |
| Dennys Rene Rivas-Williams v. A & A Granite Marble, et al. | 23STCV08523 | Los Angeles Superior Court |
| Martin Melendez-Murillo, et al. v. AKG Trading (USA), Inc., et al. | 23STCV08596 | Los Angeles Superior Court |
| Wendy Viridiana Solano-Claustro, et al. v. ADB Global Trade, LLC, et al. | 23STCV11602 | Los Angeles Superior Court |
| Arturo Montoya-Bautista, et al. v. Architectural Surfaces, Inc., et al. | 23STCV11727 | Los Angeles Superior Court |
| Jaime Blanco Maciel, et al. v. Alpha Tile and Stone, Inc., et al. | 23STCV12007 | Los Angeles Superior Court |
| Evelin Liseth Gonzalez Rodriguez, et al. v. Architectural Surfaces Group, LLC, et al. | 23STCV29755 | Los Angeles Superior Court |
| Domingo Ojeda-Alverdin, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 23STCV31679 | Los Angeles Superior Court |
| Vince Burns v. C & C North America, Inc. | 24000951CA | Bay County Florida Circuit Court |
| Jason Vincent Sanguinet v. Allied Marble & Granite Inc., et al. | 24-2-15366-7 | Superior Court for the State of Washington, County of King |
| Charles Frank Evans v. Alicante Surfaces Pvt. Ltd, et al. | 24CV20629 | Circuit Court State of Oregon, County of Multnomah |
| Cesar Manuel Gonzalez Quiroz v. American Marble & Onyx Company, Inc., et al. | 24STCV01477 | Los Angeles Superior Court |
| Fernando Barajas-Salomon v. AKG Trading (USA), Inc. | 24STCV01615 | Los Angeles Superior Court |
| Ernesto Figueroa, et al. v. Architectural Surfaces Group, LLC, et al. | 24STCV01658 | Los Angeles Superior Court |
| Jose Israel Menera-Servin, et al. v. 101 Granite Countertop LLC, et al. | 24STCV05591 | Los Angeles Superior Court |

| Case Name | Case Number | Venue |
|---|---|---|
| Andres Alatorre Medina, et al. v. Antolini Luigi & C.S.P.A., et al. | 24STCV10216 | Los Angeles Superior Court |
| Hugo A. Casteneda Merida, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV11894 | Los Angeles Superior Court |
| Antonio Lopez Castillo v. Alicante Stone Inc., et al. | 24STCV17052 | Los Angeles Superior Court |
| Luis Miguel Puentes Sanchez, et al. v. Aaroha Radiant Marble & Granite Slabs, et al. | 24STCV18692 | Los Angeles Superior Court |
| Fernando Antonio Acevedo v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV18847 | Los Angeles Superior Court |
| William Landa Verde v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV19012 | Los Angeles Superior Court |
| Pablo Antonio Rangel-Aguilar, et al. v. AMG Stone Inc., et al. | 24STCV19194 | Los Angeles Superior Court |
| Daniel Morales Aguilar v. Alicante Surfaces Pvt. Ltd., et al. | 24STCV20124 | Los Angeles Superior Court |
| Julio Gomez Carrero v. Architechtural Surfaces Group, LLC, et al. | 24STCV20969 | Los Angeles Superior Court |
| Jose Gutierrez-Rivero v. Alicante Stone Inc., et al. | 24STCV21794 | Los Angeles Superior Court |
| Juan Sanchez Diaz v. Aaroha Radiant Marble & Granite Slabs, et al. | 24STCV21824 | Los Angeles Superior Court |
| Olegario Torres Orozco v. Antolini Luigi & C. S.P.A., et al. | 24STCV22677 | Los Angeles Superior Court |
| Jose Luis Rosales Soria v. Architectural Surfaces Group, LLC, et al. | 24STCV22918 | Los Angeles Superior Court |
| Didier Francisco Alvarez Soto v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV23021 | Los Angeles Superior Court |
| Tomas Blanco Maciel v. Abba Distributors, Inc. (dba Design Hardware), et al. | 24STCV23289 | Los Angeles Superior Court |
| Martin Cardona-Alcarez v. Architechtural Surfaces Group, LLC, et al. | 24STCV23567 | Los Angeles Superior Court |
| Martin Angel De La Cruz Bazan v. Antolini Luigi & C. S.P.A., et al. | 24STCV24107 | Los Angeles Superior Court |
| Lorenzo Quintero Ruiz v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV24391 | Los Angeles Superior Court |
| Geradrdo Reyes v. AMG Stone Inc., et al. | 24STCV24490 | Los Angeles Superior Court |
| Ismael Manzano Chavarria v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV25222 | Los Angeles Superior Court |
| Hugo Montoya Bautista v. Amg Stone Inc., et al. | 24STCV25416 | Los Angeles Superior Court |
| Jose Manuel Ruiz v. AC Stone Group Pty LTD., et al. | 24STCV25424 | Los Angeles Superior Court |
| Abraham Vargas Manzano v. Architectural Surfaces Group, LLC, et al. | 24STCV25443 | Los Angeles Superior Court |
| Eleazar Resendiz Cortes v. Antolini Luigi & C. S.P.A., et al. | 24STCV25458 | Los Angeles Superior Court |
| Marvin Rivas-Williams v. Angel of Stone, Inc., et al. | 24STCV25592 | Los Angeles Superior Court |
| Gerinson Reyes Gonzalez v. Antolini Luigi & C. S.P.A., et | 24STCV25604 | Los Angeles Superior Court |
| Edgardo Ivan Quintanilla Turcios v. Alicante Surfaces Pvt. LTD., et al | 24STCV25867 | Los Angeles Superior Court |
| Eric Reyes-Barriga v. Angel of Stone, Inc. (fka Marble Unlimited, Inc), et al. | 24STCV25868 | Los Angeles Superior Court |

| Case Name | Case Number | Venue |
|---|---|---|
| Roldolfo Hernandez Herrera v. Alicante Surfaces Pvt. LTD., et al. | 24STCV26071 | Los Angeles Superior Court |
| David Partida Rivas v. Angel of Stone, Inc. (fka Marble Unlimited, Inc.), et al. | 24STCV26130 | Los Angeles Superior Court |
| Jose Alberto Gonzalez-Quiroz v. Antolini Luigi & C. S.P.A., et al. | 24STCV28180 | Los Angeles Superior Court |
| Wilmer Eliser Ayala Hernandez v. Architectural Surfaces Group, LLC, et al. | 24STCV28216 | Los Angeles Superior Court |
| Javier Rojas Solorzano v. Anaheim Stone Works, Inc., et al. | 24STCV28667 | Los Angeles Superior Court |
| Luis Arturo Sanchez Magana v. Antolini Luigi & C. S.P.A., et al. | 24STCV28707 | Los Angeles Superior Court |
| Jose Ramirez, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV28804 | Los Angeles Superior Court |
| Alejandro Morales Sanchez v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 24STCV29059 | Los Angeles Superior Court |
| Ignacio Ladino Castillo v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV29112 | Los Angeles Superior Court |
| Miguel Ramirez, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV29217 | Los Angeles Superior Court |
| Jose Luis Luna Reyes v. Architectural Surfaces Group, LLC, et al. | 24STCV29521 | Los Angeles Superior Court |
| Karapet Shlaryan v. Antolini Luigi & C. S.P.A., et al. | 24STCV30826 | Los Angeles Superior Court |
| Edgar Andres Mendez Romero v. AC Stone Group PTY LTD., et al. | 24STCV30872 | Los Angeles Superior Court |
| Raul Ruiz Gutierrez, et al., v. Artisan Tile & Stonework, et al. | 24STCV30963 | Los Angeles Superior Court |
| Jesus Ruben Garcia Olvera v. Antolini Luigi & C. S.P.A., et al. | 24STCV30982 | Los Angeles Superior Court |
| David Olmedo Cruz v. A&A Granite & Quartz Countertops Inc., et al. | 24STCV31227 | Los Angeles Superior Court |
| Felipe Reyes et al. v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV31319 | Los Angeles Superior Court |
| Juan Antonio Campos, et al. v. Agoura Hills Marble and Granite, Inc., et al. | 24STCV31323 | Los Angeles Superior Court |
| Dennis Alexis Guillen Guzman v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 24STCV31995 | Los Angeles Superior Court |
| Eligio Morales Sanchez v. Antolini Luigi & C. S.P.A., et al. | 24STCV32207 | Los Angeles Superior Court |
| Mardoqueo Escobar Pineda v. Caesarstone USA, Inc., et al. | 24STCV32214 | Los Angeles Superior Court |
| Rodolfo Sosa v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al | 24STCV32291 | Los Angeles Superior Court |
| Jonatan Manzano-Galindo v. AKG Trading (USA), Inc., et al. | 24STCV33164 | Los Angeles Superior Court |
| Isais Maldonado Garcia, et al. v. Architectural Surfaces Group, LLC, et al. | 24STCV33688 | Los Angeles Superior Court |
| Manuel De Jesus Turcios Arevalo v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 24STCV33716 | Los Angeles Superior Court |
| Filiberto Martinex-z Rodriguez, et al. v. AKG Trading (USA), Inc., et al. | 25STCV00980 | Los Angeles Superior Court |
| Marco Vinicio Godinez Gomez, et al., v. Antolini Luigi & C. S.P.A., et al. | 25STCV01095 | Los Angeles Superior Court |
| Rolando Sanchez Flores, et al., v. Antolini Luigi & C. S.P.A., et al. | 25STCV02748 | Los Angeles Superior Court |

| Case Name | Case Number | Venue |
|---|---|---|
| Juan Manuel Sandoval v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 25STCV03223 | Los Angeles Superior Court |
| Manuel de Jesus Cadenas Turcios v. Alicante Stone Inc., et al. | 25STCV03298 | Los Angeles Superior Court |
| Pedro Alamillo Santos v. A&A Granite & Quartz Countertops, Inc. | 25STCV03306 | Los Angeles Superior Court |
| Julio Mendez Reyes v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 25STCV03340 | Los Angeles Superior Court |
| Luis Alonso Turcios, et al. v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 25STCV03744 | Los Angeles Superior Court |
| Ricardo Manzano Gomez v. Architectural Surfaces Group, LLC, et al. | 25STCV03892 | Los Angeles Superior Court |
| Jose Manuel Dominguez Vallejo v. AMG Stone Inc., et al. | 30-2021-01412195-CU-TT-CXC | Orange County Superior Court |
| Mynor Lopez-Gonzalez, et al. v. Alpha Tile & Stone, Inc., et al. | 30-2023-01316441-CU-TT-CXC | Orange County Superior Court |
| Salvador Martizez, et al. successor in interest of Jose Martinez-Vasquez (deceased), et al. v. AAA Kitchen Bath Remodel, et al. | 30-2023-01359754-CU-TT- CXC | Orange County Superior Court |
| Jeison Josue Ortega-Rabanales, et al. v. AKG Trading (USA), Inc., et al. | 30-2023-01367289-CU-TT-CXC | Orange County Superior Court |
| Jose Luis Martir-Navarro v. Alpha Tile & Stone, Inc., et al. | 30-2023-01370092-CU-TT-CXC | Orange County Superior Court |
| Alejandro Gonzalez-Castanon v. Alpha Tile and Stone, Inc., et al. | 30-2024-01374472-CU-TT-CXC | Orange County Superior Court |
| Guillermo Mora De Los Santos v. 1605578 Ontario Inc., et al. | 30-2024-01392209-CU-TT-CXC | Orange County Superior Court |
| Marlon Omar Martinez Avila, et al. v. Antolini Luigi & C. S.P.A., et al. | 30-2024-01396482-CU-TT-CXC | Orange County Superior Court |
| Elio Enai Esquivel Rivera, et al. v. 405 Cabinets, Inc., et al. | 30-2024-01413168-CU-TT-CXC | Orange County Superior Court |
| Jesus Zarate Perez, et al. v. Antolini Luigi & C. S.P.A., et al. | 30-2024-01416500-CU-TT-CXC | Orange County Superior Court |
| Jose Guadalupe Aguayo Castanon v. Antolini Luigi & C.S.P.A., et al. | 30-2024-01420443-CU-TT-CXC | Orange County Superior Court |
| Enrique Zarate Perez v. AC Stone Group Pty Ltd., et al. | 30-2024-01423007-CU-TT-CXC | Orange County Superior Court |
| Claudia Yesenia Lopez Matias De Esquivel v. A&A Granite & Quartz Countertops Inc., et al. | 30-2024-01435405-CU-TT-CXC | Orange County Superior Court |
| Bictor Reyes Anguiano v. Angel Of Stone, Inc. (Fka Marble Unlimited, Inc.), et al. | 30-2024-01436094-CU-TT-CXC | Orange County Superior Court |
| Jose Hernan Solares v. Aaroha Radiant Marble & Granite Slabs, et al. | 30-2024-01436300-CU-TT-CXC | Orange County Superior Court |
| Gerardo Ramirez v. Antolini Luigi & C. S.P.A., et al. | 30-2024-01439369-CU-TT-CXC | Orange County Superior Court |
| Rodrigo Martinez v. Architectural Surfaces Group, LLC, et al. | 30-2024-01439717-CU-TT-CXC | Orange County Superior Court |
| Aramis Miguel Carmona Garizao vs. Aaroha Radiant Marble & Granite Slabs, et al. | 30-2024-01443735-CU-TT-CXC | Orange County Superior Court |
| Juan Francisco Abarca Vejar v. Antolini Luigi & C. S.P.A., et al. | 30-2024-01447403-CU-TT-CXC | Orange County Superior Court |
| Eduardo Fuentes, et al., v. 3M Company, et al. | A-25-909956-C | Clark County District Court, Eighth Judicial District Court |
| Jorge Estrella-Moreno, et al. v. All Natural Stone Burlingame, Inc., et al. | CGC-23-605643 | San Francisco Superior Court |
| Rafael Garcia-Guerra, et al. v. Antolini Luigi & C.S.P.A., et al. | CGC-23-611154 | San Francisco Superior Court |

| Case Name | Case Number | Venue |
|---|---|---|
| Kristian Ricardo Figueroa Lopez, et al. v. Architectural Surfaces Group, LLC, et al. | CGC-24-611712 | San Francisco Superior Court |
| Jesus Aguilar Salmeron v. AC Stone Group Pty Ltd., et al. | CGC-24-614256 | San Francisco Superior Court |
| Esteban Samora Serrano v. Antolini Luigi & C. S.P.A., et al. | CGC-24-614333 | San Francisco Superior Court |
| Jose Anibal Bustillo v. Antolini Luigi & C. S.P.A., et al. | CGC-24-614357 | San Francisco Superior Court |
| Jacob Boulware v. ABC Tile, Inc., et al. | CGC-24-614378 | San Francisco Superior Court |
| Fernando Valencia Cardenas, et al. v. All Natural Stone Burlingame, Inc., et al. | CGC-24-615696 | San Francisco Superior Court |
| Fernando Salmeron Reyes v. ASN Nautral Stone Inc., et al. | CGC-24-617927 | San Francisco Superior Court |
| Fabiola Salmeron Reyes v. Integrated Resources Group, Inc., et al. | CGC-24-617972 | San Francisco Superior Court |
| Fernando Abrego Perez v. All Natural Stone Berkeley, Inc., et al. | CGC-24-619192 | San Francisco Superior Court |
| Mitchell D. Boulware v. ABC Tile, Inc., et al. | CGC-24-619253 | San Francisco Superior Court |
| Jesus Garcia Ruiz v. All Natural Stone Burlingame, Inc., et al. | CGC-24-619264 | San Francisco Superior Court |
| Uriel Salamanca Lopez v. All Natural Stone Burlingame, Inc., et al. | CGC-24-619618 | San Francisco Superior Court |
| Adan Garcia Ortiz v. All Natural Stone Burlingame, Inc., et al. | CGC-24-620023 | San Francisco Superior Court |
| Diego Granados Castor v. All Natural Stone Berkeley, Inc., et al. | CGC-25-622131 | San Francisco Superior Court |
| Floriberto Vazquez v. Architectural Surfaces Group, LLC, et al. | CGC-25-622320 | San Francisco Superior Court |
| Jose Manuel Granados Castro v. All Natural Stone Berkeley, Inc., et al. | CGC-25-622324 | San Francisco Superior Court |
| Aldo Adrian Granados Castro v. All Natural Stone Berkeley, Inc., et al. | CGC-25-622365 | San Francisco Superior Court |