UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M S International, Inc.,<br><br>        Plaintiff,<br><br>    -v.-<br><br>Ironshore Specialty Insurance Company,<br><br>        Defendant. | 25 Civ. 1742 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff commenced this action on February 28, 2025. *See* ECF No. 1. On May 9, 2025, Defendant moved to dismiss the complaint in part. *See* ECF No. 20. On May 22, 2025, Plaintiff filed an amended complaint. *See* ECF No. 23. Accordingly, Defendant's motion to dismiss the complaint in part, ECF No. 20, is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 20.

  SO ORDERED.

Dated: May 23, 2025
    New York, New York

                      */s/ Jennifer H. Rearden*
                      JENNIFER H. REARDEN
                      United States District Judge