UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.S. INTERNATIONAL, INC.,

Plaintiff,

-v.-

IRONSHORE SPECIALTY INSURANCE COMPANY,

Defendant.

25 Civ. 1742 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the August 17, 2026 conference, Defendant's partial motion to dismiss Counts IV and VI of Plaintiff's Amended Complaint is granted with respect to Count IV and denied with respect to Count V. Defendant's motion to dismiss is also granted without prejudice with respect to Plaintiff's request for consequential damages.

The Clerk of Court is directed to terminate ECF No. 29.

SO ORDERED.

Dated: August 17, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge