HANGLEY
ARONCHICK
SEGAL
PUDLIN
& SCHILLER
ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

1735 Market Street
26th Floor
Philadelphia, PA 19103-7501
215.568.0300/facsimile
www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
PLYMOUTH MEETING, PA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/05/2026

Ronald P. Schiller
Direct Dial: 215.496.7020
E-mail: rschiller@hangley.com

November 5, 2026

**Via CM/ECF**

Hon. Katharine H. Parker
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**APPLICATION GRANTED: The Initial Conference set for 12/1/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Thursday, December 17, 2026, at 3:00 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
11/05/2026

**RE:** ***MS International, Inc. v. Ironshore Specialty Insurance Company*, Civil Action No. 1:25-cv-01742**

Dear Judge Parker:

I write as lead counsel for Defendant Ironshore Specialty Insurance Company ("Ironshore") in the above-referenced matter. Under Section I, subsections (b) and (c) of Your Honor's Individual Practices in Civil Cases, Ironshore respectfully requests that Your Honor reschedule the Initial Case Management Conference currently scheduled for December 1, 2026 at 11:00 a.m. in New York, New York, to a new date. I will be in Toronto, Canada on that date for an all-day mediation scheduled months ago in another matter (where I am also lead counsel).

This is the first request for an adjournment or extension, and Plaintiff MS International, Inc. consents to this request. Counsel for both parties have confirmed availability on December 17th or 18th, 2026. We can also provide additional proposed dates if the Court wishes.

Respectfully,

Ronald P. Schiller

cc: All counsel (via CM/ECF)